[No. 13278–4–I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS
FELIX STUMPF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00012–9, Patricia H. Aitken, J., entered June 6, 1983. *Reversed* and *remanded* by unpublished

opinion per Ringold, J., concurred in by Corbett, A.C.J., and Andersen, J.